# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.   Case No.: 1:25–cr–00047–CLC–CHS

JUAN CALVILLO PEREZ

### ORDER OF DETENTION PENDING TRIAL

    Defendant Juan Calvillo Perez appeared for a detention hearing before the undersigned on August 21, 2025. Defendant was advised of the right to a detention hearing. Upon being duly sworn, and with advice of counsel, defendant waived the right to a detention hearing with the understanding that a hearing will be granted at a later date on motion of defendant. Pending further hearings in this matter, defendant shall be held in custody by the United States Marshal and produced for future hearings.

ENTER.

                                                      s/Christopher H Steger
                                                      UNITED STATES MAGISTRATE JUDGE